UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**PREMIUM PARKING SERVICE, LLC**         **CIVIL ACTION**

**VERSUS**                                **NO. 23-3405**

**PHILIP OLIVIER, ET AL.**                **SECTION: D (4)**

**CONSENT PRELIMINARY INJUNCTION**

**WHEREAS**, Premium Parking Service, L.L.C. ("Premium") commenced this action against Defendants Philip Olivier ("Mr. Olivier") and XYZ Companies seeking injunctive relief and damages and alleging that Mr. Olivier misappropriated trade secrets in violation of the Defend Trade Secrets Act and the Louisiana Uniform Trade Secrets Act, as well as alleging violations of the Louisiana Unfair Trade Practices Act and breach of fiduciary duty and/or duty of loyalty; and

**WHEREAS** on August 14, 2023, Premium filed a motion for temporary restraining order (R. Doc. 3) seeking to enjoin Mr. Olivier from (a) disclosing, disseminating, or using Premium's trade secrets and confidential business information; (b) accessing, studying, copying, or taking notes about Premium's trade secrets and confidential business information; (c) destroying, altering, erasing, secreting, or failing to preserve any and all of Premium's trade secrets, business materials, property, proprietary information, confidential information; and (d) failing to return the information and external storage devices identified in the Verified Complaint, and any other documents/devices that contain Premium's confidential business information; and

**WHEREAS** on August 16, 2023 the Court denied Premium's Motion for Temporary Restraining Order and set a telephone status conference for September 11, 2023 to discuss the selection of a date for the Preliminary Injunction Hearing (R. Doc. 10); and

**WHEREAS** Mr. Olivier denies all the allegations asserted by Premium, and furthermore denies that Premium is entitled to injunctive relief; and

**WHEREAS** Mr. Olivier maintains his objection to this Court's exercise of personal jurisdiction over him; and

**WHEREAS** Mr. Olivier maintains his objection that he has not been properly served; and

**WHEREAS** in order to avoid inconvenience, cost, and further dispute, the parties have jointly moved the Court to enter this Consent Preliminary Injunction Order, reserving all rights to address the merits of the Allegations at the trial of this matter.

**NOW THEREFORE**, based upon the parties' agreement hereto, **IT IS HEREBY ORDERED** that a preliminary injunction is entered, enjoining and prohibiting Defendant, Philip Olivier, and those persons or entities in active concert or participation with him, from:

1. Disclosing, disseminating, or using Premium's trade secrets and confidential business information, including, but not limited to, all files (and the information contained therein) that originated from Premium and which may reside on any electronic storage device, computer, cell phone, tablet, cloud-based file repository or

file-sharing account, and/or email account used by Mr. Olivier during his employment with Premium or that are otherwise in his possession, custody, or control; provided that this restriction does not include information that is readily ascertainable from public or published information or trade sources and/or obtained absent improper means (as that phrase is defined in and used throughout 18 U.S.C. § 1839 and La. R.S. § 51:1431);

2. Accessing, studying, copying, or taking notes about Premium's trade secrets and confidential business information, including, but not limited to, all files (and the information contained therein) that originated from Premium and which may reside on any electronic storage device, computer, cell phone, tablet, cloud-based file repository or file-sharing account, and/or email account used by Mr. Olivier or otherwise in his possession, custody, or control; provided that this restriction does not include information that is readily ascertainable from public or published information or trade sources and/or obtained absent improper means (as the phrase is defined in and used throughout 18 U.S.C. § 1839 and La. R.S. § 51:1431);

3. Destroying, altering, erasing, secreting, or failing to preserve any and all of Premium's trade secrets, business materials, property, proprietary information, confidential information, and/or any and all record or documents that may be relevant to this lawsuit; wherever located, and in whatever form, including but not limited to

any document, email, report, software, files, electronic data, tangible evidence, financial records, and any and all communications.

New Orleans, Louisiana, September 18, 2023.

_____
**WENDY B. VITTER**
**United States District Judge**